No. 65253.—Ditbro Pearl Co. and Liebermann Waelchli & Co., N.Y., Inc. *v.* United States, protests 60/18360 and 60/18405 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of glass stones similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.